**Section 81.505      Fees**

(a)    An attorney seeking admission pro hac vice with respect to a case shall pay a fee of **[Two Hundred Dollars ($200)] three hundred seventy-five dollars ($375)**.  The fee shall be required for each case in which the attorney is seeking pro hac vice admission.  Under no circumstances shall the fee required by this regulation be refunded.

\*      \*      \*